**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:           Ex parte Destin Spearman

Appellate case number:      01-22-00735-CR

Trial court case number:    1747440

Trial court:                          482nd District Court of Harris County

On January 31, 2023, the Court abated this appeal and remanded the case to the trial court for the trial court to execute a certification of appellant's right to appeal that complied with Texas Rule of Appellate Procedure 25.2(d) and indicated whether appellant had a right to appeal from the trial court's September 29, 2022 order denying his application for writ of habeas corpus.

On February 7, 2023, the trial court clerk filed a supplemental clerk's record containing a certification of appellant's right to appeal indicating that appellant "has the right to appeal from th[e] [trial] [c]ourt's order denying relief."

Accordingly, we REINSTATE this appeal on the Court's active docket.

The State's appellee's brief, if any, is due to be filed **seven days from the date of this order**.[1]

It is so ORDERED.


Judge's signature:      ____/s/ Julie Countiss_____
                ☑  Acting individually     ☐  Acting for the Court

Date:  February 14, 2023

---

[1]      The State's appellee's brief was previously due on January 25, 2023.  In its motion to abate, the State requested a briefing deadline of seven days from the date of reinstatement.